IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-20,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 7, 2014.**

A letter construed by the Court as a Motion to Quash Subpoena filed by Defendant John Doe [filed November 7, 2014; docket #12] is **denied without prejudice** for the following reasons.

First, from the content and title of the present motion, the Court infers that Defendant seeks to proceed in this litigation anonymously. However, he has failed to properly seek permission from the Court to do so. *See K-Beech, Inc. v. Does 1-29*, 826 F. Supp. 2d 903, 905 (W.D.N.C. 2011) (noting that a party who wishes to proceed anonymously may overcome the presumption against anonymous proceedings by filing a well-reasoned motion to proceed anonymously); *see also West Coast Prods., Inc. v. Does 1-5829*, 275 F.R.D. 9, 12 (D.D.C. 2011) ("federal courts generally allow parties to proceed anonymously only under certain special circumstances when anonymity is necessary to protect a person from harassment, injury, ridicule or personal embarrassment").

Therefore, if Defendant wishes to re-file his motion in accordance with this order and all applicable local and federal court rules, he may do so **on or before November 24, 2014** and must first (or contemporaneously) file a motion to proceed anonymously in accordance with Rule 11(a). The Court construe the current motion as a separate written "supplement" containing Defendant's name, address, and telephone number.[1] If Defendant wishes to maintain this supplement (containing his identifying information) confidential, he may file a motion to maintain the supplement under restriction pursuant to the procedure set forth in D.C. Colo. LCivR 7.2.

Further, the Court notes that Defendant failed to file with his motion a copy of the challenged subpoena. Therefore, if Defendant chooses to re-file his motion to quash, he is instructed to attach

---

[1] In addition to compliance with Rule 11, the Court also notes the necessity of having such information for the proper and efficient management of its docket.

a copy of the challenged subpoena to the motion.

      Finally, for purposes of managing the docket, the Court requests that Defendant identify himself by the John Doe number assigned to his IP address.

      The Court may strike any motion or other filing that deviates from the requirements of this order or from those set forth in the applicable local or federal rules.