IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-20,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal of Defendant John Doe 16 Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 16, 2014 (ECF No. 16), it is

ORDERED that Defendant John Doe 16 is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  November 17, 2014

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge