IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

      Plaintiff,

v.

JOHN DOES 1-20,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 21, 2014.**

      A letter construed by the Court as a Motion to Proceed Anonymously filed by Defendant John Doe 18 [filed November 20, 2014; docket #18] is **granted in part and denied in part** as follows.

      First, the Defendant may proceed anonymously in this matter as "John Doe 18" only for the purpose of adjudicating any motion to quash or motion to dismiss. Upon resolution of the motion to quash or motion to dismiss, should John Doe 18 perceive a need to continue proceeding anonymously in this case, s/he must then seek permission from the Court to continue proceeding anonymously.

      In addition, the Court construes the letter as seeking to restrict public access to John Doe 18's identifying information, set forth in the letter. The Court will grant this request and direct the Clerk of the Court to maintain under Restriction Level 2 the letter ("supplement") located at docket #18 until further order of the Court.

      Finally, it appears that John Doe 18 seeks to "reassert" the previously filed motion to quash. However, on November 7, 2014, this Court ordered that John Doe 18 *re-file* a motion to quash in accordance with the order. In the interests of judicial efficiency and docket management, the Court denies John Doe 18's request to simply reassert the motion and orders the Defendant to re-file the motion, which should contain no identifying information other than "John Doe 18," on or before December 1, 2014. The Court will consider the copy of the subpoena attached to the present letter with that re-filed motion.

      The Clerk of the Court shall send a copy of this minute order to John Doe 18 at the address provided in docket #18.