IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-15, 17-20,

    Defendants.

---

## ORDER

---

In accordance with Plaintiff's Notice of Voluntary Dismissal of Defendant John Doe 18 Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 21, 2014 (ECF No. 23), it is

ORDERED that Defendant John Doe 18 is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  November 21, 2014

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Senior United States District Judge