IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

 Plaintiff,

v.

JOHN DOES 1-15, 17, 19-20,

 Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2014.**

 A letter construed by the Court as a Motion to Quash filed by Defendant John Doe 16 [filed November 21, 2014; docket #26] is **denied as moot**.  On November 17, 2014, the Court dismissed John Doe 16 from this case.  Docket #17.