IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-15, 17, 19-20,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 2, 2014.**

    A letter construed by the Court as a Motion to Quash filed by Defendant John Doe 18 [filed December 1, 2014; docket #30] is **denied as moot**. On November 21, 2014, the Court dismissed John Doe 18 from this case. Docket #24.

    The Clerk of the Court shall send a copy of this minute order to John Doe 18 at the address provided in docket #18.