IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

      Plaintiff,

v.

JOHN DOES 1-15, 17, 19-20,

      Defendants.

---

### ORDER

---

      In accordance with Plaintiff's Notice of Voluntary Dismissal of Defendant John Doe 14 With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on January 2, 2015 (ECF No. 34), it is

      ORDERED that Defendant John Doe 14 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

      Dated:  January 5, 2015

                            BY THE COURT:


                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge