IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-13, 15, 17, 19-20,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal of Defendant John Doe 5, John Doe 6, and John Doe 9 Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on February 7, 2015 (ECF No. 39), it is

ORDERED that Defendant John Does 5, 6 and 9 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  February 10, 2015

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge