THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

   Plaintiff,

 v.

JOHN DOES 1-4, 7-8, 10-13, 15, 17, 19, and 20,

   Defendants.

**NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANTS JOHN DOE 2 AND JOHN DOE 19 WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by either Defendant John Doe 2 or Defendant John Doe 19, as identified in Exhibit A attached to the Complaint in the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendant John Doe 2 and Defendant 19, as identified in Exhibit A attached to the

Complaint in the above-captioned action, with prejudice.

DATED this 9th day of March, 2015.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail: david.thunderlaw@gmail.com
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *David J. Stephenson, Jr.*