IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-4, 7-8, 10-13, 15, 17, 19-20,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal of Defendants John Doe 2 and John Doe 19 With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Dismissal of Defendant John Doe 4 Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF Nos. 44 and 45), it is

ORDERED that Defendant John Does 2 and 19 are **DISMISSED WITH PREJUDICE**, and Defendant John Doe 4 is **DISMISSED WITHOUT PREJUDICE**. These Defendants shall hereafter be taken off the caption.

Dated:  March 9, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge