**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

        Plaintiff,

v.

JOHN DOES 1, 3, 7-8, 10-13, 15, 17, and 20,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL**
**OF DEFENDANTS JOHN DOE 3, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, AND**
**JOHN DOE 15 WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by either Defendant John Doe 3, Defendant John Doe 11, Defendant John Doe 12, Defendant John Doe 13, or Defendant John Doe 15, as identified in Exhibit A attached to the Complaint in the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendants John Doe 3, John Doe 11, John Doe 12, John Doe 13, and John Doe 15, as identified in Exhibit

A attached to the Complaint in the above-captioned action, without prejudice.

DATED this 23rd day of March, 2015.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail:  david.thunderlaw@gmail.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *David J. Stephenson, Jr.*