IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

Plaintiff,

v.

JOHN DOES 1, 3, 7-8, 10-13, 15, 17, 20,

Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal of Defendants John Doe 3, John Doe 11, John Doe 12, John Doe 13, and John Doe 15 Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 47) and Plaintiff's Notice of Voluntary Dismissal of Defendants John Doe 1, John Doe 7, John Doe 10, and John Doe 17 Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 48), it is

ORDERED that Defendant John Does 1, 3, 7, 10, 11, 12, 13, 15, and 17 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  March 27, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge