IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

MATT TAYLOR,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 11, 2015**.

    The Joint Motion to Vacate Scheduling Conference [filed May 8, 2015; docket #62] is **granted**. The Scheduling Conference currently set for June 3, 2015 is **vacated**. The parties shall file dismissal papers with the Court on or before June 10, 2015.