IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02682-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

MATT TAYLOR, also known and previously identified as John Doe 8,

   Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Of Defendant Matt Taylor and the Action With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on May 19, 2015 (ECF No. 65), it is

ORDERED that Defendant Matt Taylor and this action are **DISMISSED WITH PREJUDICE**.

Dated:  May 19, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge